# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

SHANON SUMERSAR-RAI,   )
                        )    Case No.

    Plaintiff,          )
                        )

v.                        )
                        )

TEMP FORCES, LP,        )
STAR ADMINISTRATORS,   )
LLC                    )
                        )

    Defendants.        )

## NOTICE OF REMOVAL

Defendant TEMP FORCE, LLC ("Defendant," incorrectly named "Temp Forces, LP" in Plaintiff's Complaint), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of Case No. 17-CA-456, pending in the Eighth Judicial Circuit, Alachua, Florida. In support of its Notice of Removal, Defendant states as follows:

1.    On or about February 8, 2017, Plaintiff filed her Complaint in the Eighth Judicial Circuit, Alachua, Florida, titled *Shanon Sumersar-Rai v. Temp Forces, LP, Star Administrators, LLC*, Case No. 17-CA-

456. Plaintiff alleges that Defendant violated Chapter 760, Florida Statutes, as well as 42 U.S.C. §§ 1981a and 2000e *et seq*.

2. Defendant was served with the Summons and a copy of Plaintiff's Complaint on April 27, 2017, by a certified process server. Copies of the Summons, Plaintiff's Complaint, and all other papers served on Defendant or filed in the state court are attached as Exhibit A.

3. Defendant Star Administrators, LLC ("Star") has been served with the Summons and Complaint as of the date of this Notice and consents to this removal.

4. This Court has original jurisdiction over this action because Plaintiff alleges violations of federal law (42 U.S.C. §§ 1981a and 2000e). Therefore, this action is removable pursuant to 28 U.S.C. §§ 1331 and 1441.

5. Because this action is pending in the Eighth Judicial Circuit, Alachua, Florida, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after Defendant's

receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

7.    Prompt written notice of this Notice of Removal is being sent to Plaintiff, through her counsel, and to the Clerk of Court for the Eighth Judicial Circuit, Alachua, Florida, as required by 28 U.S.C. § 1446(d). A copy of that notice is attached as Exhibit B.

[SIGNATURES ON FOLLOWING PAGE]

3

Respectfully submitted,

Temp Force, LLC

By: /s/ Alex S. Drummond
 Alex S. Drummond
 FL Bar No. 0038307
 adrummond@seyfarth.com
 Gregory L. Smith, Jr. (pro hac vice forthcoming)
 SEYFARTH SHAW LLP
 1075 Peachtree Street, N.E., Suite 2500
 Atlanta, Georgia 30309
 Telephone: (404) 881-5467
 Facsimile: (404) 724-1667

 Misty R. Martin (pro hac vice forthcoming)
 IL Bar No. 6284999
 mrmartin@seyfarth.com
 SEYFARTH SHAW LLP
 233 South Wacker Drive, Suite 8000
 Chicago, Illinois 60606
 Telephone:  (312) 460-5000
 Facsimile:  (312) 460-7000

Date:  May 17, 2017   Attorneys for Defendant TEMP FORCE, LLC

4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

SHANON SUMERSAR-RAI,   )

                   )    Case No.

    Plaintiff,     )

                   )

v.     )

                   )

TEMP FORCES, LP,   )

STAR ADMINISTRATORS,   )

LLC   )

                   )

    Defendants.   )

## CERTIFICATE OF SERVICE

I certify that on May 17, 2017, I electronically filed the foregoing

**NOTICE OF REMOVAL** with the Clerk of Court by using the

CM/ECF system, which will send e-mail notification of such filing to

the following attorney of record:

> Marie A. Mattox, Esq.
> MARIE A. MATTOX, P.A.
> 310 East Bradford Road
> Tallahassee, FL 32303
> marie@mattoxlaw.com

[SIGNATURES ON FOLLOWING PAGE]

/s/ Alex S. Drummond
Alex S. Drummond

Counsel for Defendant Temp Force, LLC